# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GREG JOHNSON,<br><br>             Plaintiff,<br><br>     v.<br><br>MENDOZA, et. al.,<br><br>             Defendants.<br>_____/ | CV F 04 5845 AWI LJO P<br><br>ORDER DIRECTING CLERK OF COURT TO RETURN EVIDENCE TO PLAINTIFF<br><br>ORDER DENYING AS MOOT APPLICATION TO PROCEED IN FORMA PAUPERIS (Doc. 13.) |

Greg Johnson ("Plaintiff") is a state prisoner proceeding pro se and in forma pauperis in this civil rights action filed pursuant to 42 U.S.C. § 1983.

Plaintiff filed the instant action on June 115, 2004. On November 28, 2005, the Court issued an Order dismissing the Complaint with leave to amend. Plaintiff filed an Amended Complaint on December 19, 2005. However, attached to the Amended Complaint are numerous documents which are not referenced in the Amended Complaint and appear to be original documents.

It is inappropriate to attach exhibits to a complaint. See Rule 8, Federal Rules of Civil Procedure. Further, the Court cannot serve as a repository for the parties' evidence. Originals or copies of evidence (i.e., prison or medical records, witness affidavits, etc.) should not be submitted until the course of litigation brings the evidence into question (for example, on a motion for summary judgment, at trial, or when requested by the court). At this point, the submission of evidence is premature as the Plaintiff is only required to state a prima facie claim

1  for relief. Accordingly, the Court will direct the Clerk of Court to return the documents to
2  Plaintiff for safekeeping until such time as review by the Court is necessary.
3      It appears that Plaintiff also filed a second Motion to Proceed In Forma Pauperis on
4  December 19, 2005. However, the Court record reflects that Plaintiff's first Motion was granted
5  on July 27, 2004. (Doc. 5.) Thus, the resubmission of a new Application to Proceed In Forma
6  Pauperis is unnecessary and will be denied as moot.
7      The Court HEREBY ORDERS:
8    1.   The Clerk of Court is DIRECTED to RETURN the documentary evidence
9         attached to the Amended Complaint submitted on December 19, 2005, to
10        Plaintiff;
11   2.   The Application To Proceed In Forma Pauperis is DENIED as MOOT.
12 IT IS SO ORDERED.
13 **Dated:   January 9, 2006**              /s/ Lawrence J. O'Neill
   b9ed48                                    UNITED STATES MAGISTRATE JUDGE