# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GREG JOHNSON,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>MENDOZA, et. al.,<br><br>　　　　　　Defendants.<br>_____ / | CV F 04 5845 AWI LJO P<br><br>ORDER DIRECTING CLERK OF COURT TO RETURN EVIDENCE TO PLAINTIFF<br><br>ORDER DIRECTING CLERK OF COURT TO FILE LODGED MOTION FOR EVIDENTIARY HEARING<br><br>ORDER DENYING MOTION FOR EVIDENTIARY HEARING |

　　Greg Johnson ("Plaintiff") is a state prisoner proceeding pro se and in forma pauperis in this civil rights action filed pursuant to 42 U.S.C. § 1983.

　　Plaintiff filed the instant action on June 15, 2004. On January 4, 2005, the Court received copies of a decision issued by the Supreme Court of California denying a Petition for Writ of Habeas Corpus. The Clerk of Court lodged the documents with the Court. There was no motion or other document explaining the submission of these documents. This same day, Plaintiff also submitted a Motion for an Evidentiary Hearing under Rule 8 for a Section 2255 proceeding. This document was also lodged with the Court.

　　The Court has reviewed the documents and finds no explanation as to why these documents were submitted in this case. As a preliminary matter, all documents or pleadings submitted to the Court must be in pleading format. The submission of copies of documents randomly does not provide sufficient explanation as to why the documents were submitted. As the copies of the Supreme Court of California decisions involve a Petition for Writ of Habeas

1  Corpus and have no bearing on the claims at issue in this civil rights action (concerning the
2  conditions of Plaintiff's confinement), the Court will direct the Clerk of Court to return the
3  copies of the Supreme Court of California's decision to Plaintiff.
4      With regard to the Motion for an Evidentiary Hearing, as the document was submitted in
5  pleading format, it will be filed with the court as of the date it was submitted.  However, as the
6  pleading requests an evidentiary hearing under Rule 8 of the Rules Governing Section 2255
7  Proceedings, and the instant action is not a Section 2255 proceeding but a civil rights action filed
8  pursuant to 42 U.S.C. § 1983, the Motion is DENIED.
9      Accordingly, the Court HEREBY ORDERS:
10      1.    The Clerk of Court is DIRECTED to RETURN the lodged copies of the decision
11          of the California Supreme Court received and lodged on January 4, 2005 (2
12          copies), to Plaintiff;
13      2.    The Clerk of Court is DIRECTED to file the lodged Motion for Evidentiary
14          Hearing under Rule 8 as of the date it was received by the Court;
15      3.    The Motion for Evidentiary Hearing is DENIED as it has no bearing on the instant
16          action.
17  IT IS SO ORDERED.
18  **Dated:**  **January 18, 2006**      **/s/ Lawrence J. O'Neill**
    b9ed48    UNITED STATES MAGISTRATE JUDGE